# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COLLEEN M. BRADLEY, | : | No. 58 MAP 2022 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at |
| | : | No. 682 MD 2020, dated |
| v. | : | April 1, 2022 |
| | : | |
| | : | |
| WEST CHESTER UNIVERSITY, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  March 21, 2023**

**AND NOW,** this 21st day of March, 2023, the order of the Commonwealth Court is **AFFIRMED**.  The appellant's application for relief requesting leave to file a supplemental brief is **DENIED**.